EXHIBIT 2

June 30, 2004

The Honorable Charles B. Swartwood
United States Magistrate Judge
Federal Courthouse
Worcester, MA

Re: U.S. vs. Joseph Allen

Dear Judge Swartwood:

My name is Alicia Parisi. I live at 8 Reservoir Road in Gloucester. My boyfriend, Joey Allen, lives with me there. We have been together for about 6 years and have lived together for about 5 years at that address.

Joey and I have a good relationship. I am currently pregnant with our first child, due to be born in October. I really need Joey at home to help support our family and help out with our new baby.

Thank you for your consideration.

Sincerely yours,

Alicia Parisi

EXHIBIT 3

**ALLEN, JOSEPH**
**DOB: 5/30/78**

**PRIOR RECORD:** Page 1

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| Juvenile Record: | | | |
| 3/31/92 | Shoplifting Dkt.#9239JV13A | Gloucester Juvenile | Cont. 5/5/92, Del. Prob. 5/4/93, Rest Rev. 11/24/92, BF 11/10/92, Cont. 5/4/93, Term. |
| Adult Record: | | | |
| 4/25/96 | Assault & Battery Dkt.#9639CR386B | Gloucester District | Cont. 7/29/ Guilty 18 mos. Split Sent, 10 days Comm. Prob. 7/9/98, Remit Viol. Notice 7/18, Viol. of Prob. Comm. Rev/Rev., Guilty Prob. 12/4/98, Viol. Notice, Cont. 9/17/96, Viol. of prob. Term. |
| | Mal. Destruction of Prop. Dkt.#9639CR386A | Gloucester District | Cont. 7/29/96, Guilty 18 mos., Split Sent 10 days Comm., Prob. 7/9/98, $ Remit, Viol. Notice 7/18/97, Viol. of Prob. Comm. Rev/Rev. Guilty Prob. 12/4/98, Viol. of Prob. Term. |
| 4/14/97 | Minor Transportation of Alcohol Dkt.#9739CR381B | Gloucester District | Cont. 7/18/97, Guilty 18 mos. House Corr. Comm., BF 12/1/97, Rev/Rev. Guilty Prob. 12/4/98, Cont. 1/14/99, Viol. Notice 9/17/98, Viol. of Prob. Term. |

**ALLEN, JOSEPH**
**DOB:5/30/78**

**PRIOR RECORD:**        **Page 2**

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| 4/14/97 | Knowingly Rec. Stolen Prop. Dkt.#9739CR381A | Gloucester District | Cont. 7/18/97, Guilty Comm. 18 mos. House Corr., BF 12/1/97, Rev/Rev. Guilty Prob. 12/4/98, Cont. 1/14/99, Viol. Notice 9/17/98, Viol. of Prob. Term. |
| 4/18/97 | Mal. Destruction of Prop. Dkt.#9739CR422C | Gloucester District | Cont. 7/18/97, Dism. |
|  | Larceny(more) Dkt.#9739CR422B | Gloucester District | Same dispo. |
|  | Breaking & Entering Night W/Int. Commit Fel. Dkt.#9739CR422A | Gloucester District | Same dispo. |
|  | Mal. Destruction of Prop. Dkt.#9739CR421B | Gloucester District | Same dispo. |
|  | Breaking & Entering Night W/Int. Commit Fel. Dkt.#9739CR421A | Gloucester District | Same dispo. |
|  | Larceny(less) Dkt.#9739CR420C | Gloucester District | Same dispo. |
|  | Mal. Destruction of Prop. Dkt.#9739CR420B | Gloucester District | Same dispo. |
|  | Breaking & Entering Night W/Int. Commit Fel.. Dkt.#9739CR420A | Gloucester District | Same dispo. |
|  | Mal. Destruction of Prop. Dkt.#9739CR408C | Gloucester District | Same dispo. |

**ALLEN, JOSEPH**
**DOB:5/30/78**

**PRIOR RECORD:**          Page 3

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| 4/18/97 | Larceny(more) Dkt.#9739CR408B | Gloucester District | Cont. 7/18/97, Dism. |
| | Breaking & Entering Night W/Int. Commit Fel. Dkt.#9739CR408A | Gloucester District | Same dispo. |
| | Larceny(less) Dkt.#9739CR407B | Gloucester District | Same dispo. |
| | Breaking & Entering Night W/Int. Commit Fel.. Dkt.#9739CR407A | Gloucester District | Same dispo. |
| | Mal. Destruction of Prop. Dkt.#9739CR406C | Gloucester District | Same dispo. |
| | Larceny(more) Dkt.#9739CR406B | Gloucester District | Same dispo. |
| | Breaking & Entering Night W/Int. Commit Fel. Dkt.#9739CR406A | Gloucester District | Same dispo. |
| | Mal. Destruction of Prop. Dkt.#9739CR405B | Gloucester District | Same dispo. |
| | Breaking & Entering Night W/Int. Commit Fel. Dkt.#9739CR405A | Gloucester District | Same dispo. |
| | Larceny(less) Dkt.#9739CR404C | Gloucester District | Same dispo. |
| | Mal. Destruction of Prop. Dkt.#9739CR404B | Gloucester District | Same dispo. |
| | Breaking & Entering Night W/Int. Commit Fel. Dkt.#9739CR404A | Gloucester District | Same dispo. |

**ALLEN, JOSEPH**
**DOB:5/30/78**

**PRIOR RECORD:**        Page  4

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| 4/18/97 | Larceny(more) Dkt.#9739CR403B | Gloucester District | Cont. 7/18/97, Dism. |
|  | Breaking & Entering Night W/Int. Commit Fel. Dkt.#9739CR403A | Gloucester District | Same dispo. |
|  | Mal. Destruction of Prop. Dkt.#9739CR402C | Gloucester District | Same dispo. |
|  | Larceny(more) Dkt.#9739CR402B | Gloucester District | Same dispo. |
|  | Breaking & Entering Night W/Int. Commit Fel. Dkt.#9739CR402A | Gloucester District | Same dispo. |
| 6/30/97 | Disorderly Person Dkt.#9739CR733A | Gloucester District | Cont. 7/18/97, Guilty 18 mos. House Corr. Comm., BF 12/1/97, Rev/Rev. Guilty Prob. 12/4/98, Def., Def. Rem'd, Cont. 1/4/99, Viol. Notice, Cont. 9/17/98, Viol. of Prob. Term. |
|  | Poss. Class D Cont. Sub. Dkt.#9739CR727B | Gloucester District | Same dispo. |
|  | Disorderly Person Dkt.#9739CR727A | Gloucester District | Same dispo. |
| 8/20/98 | Disorderly Person Dkt.#9839CR907A | Gloucester District | Cont. 9/17/98, Guilty File |
| 8/24/98 | Disorderly Person Dkt.#9839CR914A | Gloucester District | Cont. 9/17/98, Guilty 7 days House Corr. Stay 9/21/98, Comm. |

**ALLEN, JOSEPH**
DOB:5/30/78

**PRIOR RECORD:**     Page 5

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| 11/26/99 | Larceny From a Person Dkt.#9939CR1129C | Gloucester District | Cont. 3/31/00, Guilty 6 mos. Sent Susp. Prob. 3/29/01, Viol. Notice Cont. 9/7/00, Viol. of Prob. 6 mos. Comm. |
|  | Assault & Battery Dkt.#9939CR1129B | Gloucester District | Same dispo. |
|  | Assault & Battery Dkt.#9939CR1129A | Gloucester District | Cont. 3/31/00, Guilty 6 mos. Sent Susp., Prob. 3/28/01, Victim Witn. Fee, Viol. Notice, Cont. 9/7/00, Viol. of Prob. Remit 6 mos. Comm. |
| 12/17/99 | Assault & Battery Dkt.#9939CR1130A | Gloucester District | Same dispo. |
| 6/28/00 | Assault & Battery Dkt.#0036CR1463A | Salem District | Cont. 11/13/00, Guilty 2 yrs., Split Sent 15 mos. Comm., Bal. Sent Susp. 11/13/03, Viol. Notice 12/30/02, W/D, Cont. 3/18/04 Term. |
| 12/18/00 | Disorderly Person Dkt.#0039CR1150A | Gloucester District | Guilty Comm. 90 days |
|  | Assault & Battery Dkt.#0039CR1149A | Gloucester District | Same dispo. |

**ALLEN, JOSEPH**
**DOB:5/30/78**

**PRIOR RECORD:**        Page 6

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| 7/5/02 | Assault & Battery Dkt.#0239CR613B | Gloucester District | Cont. 3/21/03, Guilty 1 yr. Split Sent, Comm. 90 days, Prob. 3/17/04, $625 Fine, Victim Witn. Fee, Cont. 6/25/03, Stay 4/4/03, Cont. 1/8/04 pd. Term. |
|  | Disorderly Person Dkt.#0239CR613A | Gloucester District | Cont. 3/21/03, Guilty File |
| 6/15/04 | Poss. Class D Cont. Sub. Dkt.#0436CR2284A | Salem District | Cont. 8/18/04 |

NCIC reveals the following civil restraining order:

| 1/4/99 | Refrain From Abuse Vacate/Stay Away Residence No Contact Surrender Guns, Ammo., LIC, FID | Gloucester District | Expired 1/14/00 |
|---|---|---|---|

NCIC reveals numerous motor vehicle violations: